AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

ELLEN M. CUOMO

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES OF AMERICA FOR USPC

CASE NUMBER: 06-102ML

TO: (Name and address of Defendant)

ATTORNEY ROBERT CORRENTE
50 KENNEDY PLAZA,8TH FLOOR
PROVIDENCE, RI 02905

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DANIEL P. MCKIERNAN, ESQUIRE
MCKIERNAN THOMPSON, MILLEA
243 NORTH MAIN STREET
PROVIDENCE, RI 02903

an answer to the complaint which is served on you with this summons, within TWENTY (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 3/23/06

(By) DEPUTY CLERK

O 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| rvice of the Summons and complaint was made by me[1] | DATE 3/27/06 |
| IE OF SERVER (PRINT) Carlos Santaniello | TITLE D-I-P |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): c/o Attorney General Offices 50 Kennedy Plaza Prov RI

## STATEMENT OF SERVICE FEES

| AVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/27/06
Date

[signature]
*Signature of Server*

P.O. Box 5764
*Address of Server*
Prov RI 02903

Michael Iannotti
Asst. US Attorney

2006 APR 12 A 9:40

DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED

As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.