UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
JUN 02 2006
Property of U.S. District Court
District of Rhode Island

| | | |
|---|---|---|
| ELLEN M. CUOMO | : | |
| Plaintiff | : | |
| V. | : | C.A. NO. 06-102ML |
| UNITED STATES OF AMERICA | : | |
| Defendant | : | |

**STIPULATION**

Plaintiff and defendant United States of America, by and through undersigned counsel, hereby agree that defendant shall have the following additional time within which to respond to plaintiff's Complaint.

Defendant shall have up to and including June 19, 2006, to file an answer or responsive pleading to plaintiff's Complaint.

ATTORNEY FOR PLAINTIFF

Patricia M. Hessler (6866)

PATRICIA HESSLER, ESQ.
McKIERNAN, THOMPSON, MILLEA
243 North Main Street
Providence, RI 02903
(401) 223-1400

ATTORNEY FOR DEFENDANT

Robin E. Feder

ROBIN E. FEDER
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, Eighth Floor
Providence, RI 02903
(401) 709-5000

Enter:
Mary M. Lisi
USDJ 6/5/06