PMH:kz 03-225 7-21-06

UNITED STATES DISTRICT COURT
FEDERAL DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ELLEN M.CUOMO | : | |
| | : | |
| VS. | : | C.A. No.: 06-102ML |
| | : | |
| UNITED STATES POSTAL SERVICE | : | |

# ASSENTED TO MOTION TO AMEND

NOW COMES Plaintiff, Ellen M. Cuomo, and hereby moves this Court for an Order allowing her to amend her complaint to include as Defendants, Post Office Associates, LLC, as well as David Ackroyd, individually and d/b/a Cutting Edge Landscaping. In support of this motion, Plaintiff states that this case arises out of a slip and fall accident that occurred at a post office in Charlestown, Rhode Island. The facility is owned by a private entity, Post Office Associates, LLC, which leases the facility to the United States Postal Service. Prior to the initiation of suit, Plaintiff was unable to confirm which of the two entities had primary responsibility for maintenance of the facility, and therefore, which would be responsible for any negligence that might be found in this slip and fall case. Plaintiff initiated the Federal Tort claims process and eventually bought suit against the United States Postal Service. In an abundance of caution, Plaintiff also brought suit against Post Office Associates, LLC. The suit against Post Office Associates, LLC was brought in State Court. After meeting to discuss this and other issues, Counsel for all parties, agree that the claim against Post Office Associates, LLC should be added to the instant Federal suit. Plaintiff therefore seeks to amend her complaint to include Post Office Associates, LLC.

Plaintiff,
By Her Attorney,

***McKiernan Thompson & Millea***

/s/ Daniel P. McKiernan
Daniel P. McKiernan, Esq. (#4705)
243 North Main Street
Providence, Rhode Island 02903
Tel: (401) 223-1400
Fax: (401) 223-1401
dmckiernan@mtmlaw.us

## PROOF OF SERVICE

I hereby certify that on this 9th day of August, 2006, I served a copy of the within ***Motion***, by mailing a copy of same to them at their usual place of business as hereinabove set forth upon:

Raymond Alan LaFazia, Esquire
Gunning & Lafazia, Inc.
56 Pine Street
Providence, RI 02903-2819
rlafazia@gunninglafazia.com

Robin E. Feder, Esquire
Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
robin.feder@usdoj.gov

/s/ Daniel P. McKiernan
Daniel P. McKiernan, Esq. (#4705)
243 North Main Street
Providence, Rhode Island 02903
Tel: (401) 223-1400
Fax: (401) 223-1401
dmckiernan@mtmlaw.us