IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ELLEN M. CUOMO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. NO. 06-102ML |
| | ) | |
| UNITED STATES OF AMERICA and | ) | |
| POST OFFICE ASSOCIATES, LLC | ) | |
| | ) | |
| Defendants. | ) | |

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT UNITED STATES**

The United States of America, defendant, by and through its undersigned attorneys, hereby answers plaintiff's Complaint as follows:

**AFFIRMATIVE DEFENSES**

**FIRST DEFENSE**

The complaint fails to state a claim upon which relief can be granted.

**SECOND DEFENSE**

All injuries and damages alleged by plaintiff were sustained without any negligence, fault, or want of care on the part of defendant United States.

**THIRD DEFENSE**

All injuries alleged by plaintiff as giving rise to this action were caused by the negligence or failure to exercise due care on the part of plaintiff.

**FOURTH DEFENSE**

In the event defendant United States is found to be negligent, which negligence defendant United States denies, the negligence of plaintiff contributed to causing the alleged injuries and

any recovery must be proportionally reduced.

**FIFTH DEFENSE**

Plaintiff's damages, if any proven, are limited to the amount claimed in the administrative claim pursuant to 28 U.S.C. § 2675(b).

**SIXTH DEFENSE**

Plaintiff has no right to a jury trial in this action pursuant to 28 U.S.C. § 2402.

**SEVENTH DEFENSE**

Plaintiff cannot recover attorneys' fees from the United States pursuant to 28 U.S.C. § 2412(d)(1)(A).

**EIGHTH DEFENSE**

Plaintiff is proscribed from recovering any amount for pre-judgment interest against defendant United States pursuant to 28 U.S.C. § 2674.

**NINTH DEFENSE**

Defendant United States hereby reserves the right to plead all other affirmative defenses or any applicable state and federal statutes which through discovery or otherwise it learns may be applicable.

**TENTH DEFENSE**

As to the specific allegations set forth in plaintiff's First Amended Complaint, defendant United States pleads as follows:

1. Defendant United States lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of plaintiff's First Amended Complaint and, therefore, denies the same.

2. Defendant United States admits that the United States Postal Service ("USPS") is an independent establishment of the Executive Branch of the Federal government, but denies the remaining allegations in contained in paragraph 2 of plaintiff's First Amended Complaint.

3. Defendant United States admits that the USPS leased property from which it operated the Charlestown, Rhode Island Post Office. The remaining allegations call for a legal conclusion to which no response is required. To the extent the Court deems the remaining allegations to contain statements of fact which must be answered, those allegations are denied.

4. Defendant United States is without knowledge or information sufficient to form a belief as to the truth of the allegation that defendant Post Office Associates, LLC, is a corporation duly organized under the laws of the State of Rhode Island. Defendant United States admits the remaining allegations of paragraph 4 of plaintiff's First Amended Complaint.

5. The allegations in paragraph 5 of plaintiff's First Amended Complaint call for a legal conclusion to which no response is required. To the extent the Court deems the allegations in paragraph 5 to contain statements of fact which must be answered, those allegations are denied.

**COUNT I**
**UNITED STATES POSTAL SERVICE - NEGLIGENCE**

6. Defendant United States admits that on or about March 5, 2003, Plaintiff fell at the Charlestown, Rhode Island Post Office, but denies the remaining allegations of paragraph 6 of plaintiff's First Amended Complaint.

7. Defendant United States admits that on or about March 5, 2003, Plaintiff claims to have fallen on ice at the Charlestown, Rhode Island Post Office, but denies the remaining

allegations of paragraph 7 of plaintiff's First Amended Complaint.

8. Defendant United States admits that at the time of the incident alleged in the Complaint, it leased the premises in question from Post Office Associates, LLC, but denies the remaining allegations in paragraph 8 of plaintiff's First Amended Complaint.

9. The allegations contained in paragraph 9 of plaintiff's First Amended Complaint call for a legal conclusion to which no response is required. To the extent the Court deems the allegations in paragraph 9 to contain statements of fact which must be answered, those allegations are denied.

10. Defendant United States denies the allegations in paragraph 10 of plaintiff's First Amended Complaint.

11. Defendant United States denies the allegations in paragraph 11 of plaintiff's First Amended Complaint.

**WHEREFORE**, having fully answered paragraphs 1 through 11 of plaintiff's First Amended Complaint, defendant United States prays that plaintiff's request for relief be denied and her Complaint dismissed, and that judgment be awarded in favor of defendant United States, together with costs and such other and further relief as the Court deems appropriate.

**COUNT II**
**POST OFFICE ASSOCIATES - NEGLIGENCE**

12. Defendant United States repeats and realleges its answers to paragraphs 1 through 10 as if set forth in their entirety.

13. Paragraphs 13-16 are not directed at defendant United States, and as such, defendant United States is without knowledge or information sufficient to form a belief as to the

truth of the allegations in paragraphs 13-16 of plaintiff's First Amended Complaint.

**WHEREFORE,** having fully answered the First Amended Complaint, defendant United States prays that plaintiff's request for relief be denied, her First Amended Complaint be dismissed, and that judgment be awarded in favor of defendant United States, together with costs and such other and further relief as the Court deems appropriate.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/Robin E. Feder
ROBIN E. FEDER, #3415
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
*Email:* robin.feder@usdoj.gov

OF COUNSEL:
Ruth A. Przybeck, Esq.
United States Postal Service
Law Department
P.O. Box 66640
St. Louis, MO 63166-6640

**CERTIFICATION OF SERVICE**

I hereby certify that on this 5th day of September, 2006, I caused to be electronically filed the within Answer to Plaintiff's First Amended Complaint by Defendant United States, with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF system. The following participant(s), as identified on the Notice of Electronic Filing, have received notice electronically:

Daniel P. McKiernan, Esq.
McKIERNAN, THOMPSON, MILLEA
243 North Main Street
Providence, RI 02903
dmckiernan@mtmlaw.us

Raymond Alan LaFazia, Esq.
Gunning & LaFazia, Inc.
56 Pine Street
Providence, RI 02903-2819
rlafazia@gunninglafazia.com

/s/ Robin E. Feder
ROBIN E. FEDER, #3415
Assistant United States Attorney