36078

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ELLEN M. CUOMO

VS. C. A. NO. 06-102 ML

POST OFFICE ASSOCIATES, LLC,
and JOHN DOE

ANSWER OF DEFENDANT, POST OFFICE ASSOCIATES, LLC,
TO PLAINTIFF'S COMPLAINT

Now comes the defendant, Post Office Associates, LLC, and responds to the Complaint of plaintiff, Ellen M. Cuomo, as follows:

1. This defendant is without sufficient information to form a belief as to the truth of the allegations contained in paragraphs 1, 2, 3, 4, and 5 of plaintiff's complaint and, therefore, leaves plaintiff to her proof.

COUNT I

2. This defendant is without sufficient information to form a belief as to the truth of the allegations contained in paragraphs 6, 7, 8, 9, 10, and 11 of Count I of plaintiff's complaint and, therefore, leaves plaintiff to her proof.

COUNT II

3. This defendant reasserts its defenses to Paragraphs 1 through 10 as if set forth in full herein.

4. This defendant is without sufficient information to form a belief as to the truth of the allegations contained in paragraph 13 of Count II of plaintiff's complaint and, therefore, leaves plaintiff to her proof.

5. This defendant denies the allegations contained in paragraphs 14, 15, and 16 of Count II of plaintiff's complaint.

AFFIRMATIVE DEFENSES

1. This defendant asserts the defense of assumption of the risk.

2. This defendant asserts the defense of contributory negligence.

3. This defendant asserts the defense of immunity.

4. This defendant denies each and every allegation not specifically admitted herein.

WHEREFORE, defendant demands judgment in its favor plus interest and costs.

This defendant demands a trial by jury.

Post Office Associates, LLC,
By its attorney,

/s/ Raymond Alan LaFazia

Raymond Alan LaFazia (#2423)
GUNNING & LAFAZIA, INC.
56 Pine Street
Providence, RI 02903
Direct Dial: (401)521-6903
Fax: (401) 521-6901

Certification

I hereby certify that a true copy of the within Answer was forwarded on September 26 2006, to Daniel P. McKiernan, Esq., McKiernan Thompson & Millea, 243 North Main Street, Providence, RI 02903, and Robin E. Feder, Esq., Assistant United States Attorney, 50 Kennedy Plaza, 8th Fl., Providence, RI 02903

` /s/ Raymond Alan LaFazia