PMH:kz 03-225 7-21-06

UNITED STATES DISTRICT COURT
FEDERAL DISTRICT OF RHODE ISLAND

ELLEN M.CUOMO :
:
VS. : C.A. No.: 06-102ML
:
UNITED STATES POSTAL SERVICE :

# PLAINTIFF'S RULE 16 STATEMENT

*Summary of Facts*

*The Event*

This case arises out of slip and fall that occurred Wednesday, March 5, 2003 at approximately 7:25 a.m. Ms. Cuomo sustained severe personal injuries in the parking area of the Charlestown, Rhode Island Post Office. She exited her vehicle in an effort to go to the Post Office, which was open for business insofar as the facility has been opened for post office box holders. She then fell on a sheet of ice that had not been treated and which was not apparent to her, but which would have been apparent had the area been inspected. She fell onto her right knee and then onto her back. An unidentified civilian attempted to assist, but was unable get to her due to the ice. He notified postal personnel to call 911. Ms. Cuomo was on the ground for approximately 40 minutes before the Charlestown Fire Department arrived. Upon arrival, the paramedics had difficulty reaching Ms. Cuomo.

The property where the Post Office is located is owned by a private entity, the defendant Post Office Associates, LLC.

*Plaintiff's Injuries*

Ms. Cuomo was transported via rescue to South County Hospital. She sustained injuries to her right knee and back. As a result of her injuries, she required hospitalization and extensive medical treatment. Ms. Cuomo is still treating today for her back injury.

As noted above, Ellen Cuomo, the claimant, is the individual who sustained personal injuries. She sustained injuries to her right knee and back. At the emergency room at South County Hospital, Ms. Cuomo complained of severe pain and spasms in her right knee and back. She was given I.V. Valium and Morphine for pain. X-rays indicated a knee joint effusion and Ms. Cuomo was admitted to the hospital with a diagnosis of back injury and right knee pain. Ms. Cuomo remained at South County Hospital until March 8, 2003. During Ms. Cuomo's stay, she was followed by Dr. Goldberg who placed Ms.

Cuomo on an intravenous Robaxin drip and continued with intravenous Morphine for pain. Motrin was added for anti-inflammatory affect. She was also prescribed an anti-compression device. Although Ms. Cuomo's condition appeared slightly improved after several days, the decision was made for Ms. Cuomo to go to a rehabilitation center for further physical therapy. On March 8, 2003, Ms. Cuomo was discharged from South County Hospital to a rehabilitation center. She was told to use ice on her knee and back, use a knee brace, and use a walker to move around.

On March 8, 2003, On March 8, 2003, Ms. Cuomo was transferred to Westerly Health Center for physical therapy and rehabilitation care. Ms Cuomo was admitted and received rehabilitation therapy during her stay for her right knee and spasms in her back. Ms. Cuomo was discharged on March 14, 2003.

When Ms. Cuomo returned home, she utilized the services of VNS Home Health Services. The notes for VNS indicate that Ms. Cuomo needed the home care for her continuing complaints of back pain, joint and leg pain and knee pain. Ms. Cuomo used the home health services until March 28, 2003.

On April 2, 2003, Ms. Cuomo presented to Dr. Goldberg, an orthopedic surgeon. Dr. Goldberg's notes indicate that Ms. Cuomo presented complaining of persistent pain in both her knees since her fall on March 3, 2003. Dr. Goldberg prescribed Celebrex for her pain and referred Ms. Cuomo for additional physical therapy at ProActive Physical Therapy. For consult to Dr. Christopher D'Arcy, who then referred patient back to Dr. Goldberg due to the MRI diagnosis of onset of neurosis.

On April 4, 2003, Ms. Cuomo began physical therapy at ProActive Physical Therapy in Narragansett, Rhode Island. The therapist's notes indicate that Ms. Cuomo was suffering from back and knee pain and was still out of work due to the pain. Ms. Cuomo is still treating with the physical therapy.

On May 5, 2003, Ms. Cuomo again presented to Dr. Goldberg's office complaining of worsening pain in her right knee and swelling in her right calf. Dr. Goldberg directly admitted Ms. Cuomo to South County Hospital for further evaluation. Dr. Goldberg repeated Ms. Cuomo's MRI of the right knee which indicated that the right knee was swollen. Ms. Cuomo was referred to Dr. Roy Aaron of University Orthopedics.

Dr. Goldberg referred Ms. Cuomo to Dr. Roy Aaron, another orthopedic surgeon. Ms. Cuomo presented to Dr. Aaron complaining of right knee pain. Dr Aaron evaluated the bone scans and second MRI ordered by Dr. Goldberg which indicated bone marrow edema and compression fractures of the thoracic spine. Dr. Aaron recommended continued physical therapy and water therapy. Ms. Cuomo was then referred to Dr. Norman Gordon who found nerve damage. Dr. Aaron sent patient to Dr. Todd Handel who diagnosed and performed two lower back sciatic injection procedures which effect did not assist. In September 2004, Dr. Handel told Ms. Cuomo to attempt chiropractic care and further physical therapy. Ms. Cuomo went to Dr. Kevin Peltar, Chiropractor. She continues to treat there.

*Legal Issues*

Based on discussions with counsel, it is anticipated that the following legal issues will be raised:

1. Whether the defendants had sufficient notice of the icy conditions of the parking lot and adequate time to treat the area.

2. Whether Ms. Cuomo's injuries are causally related to this incident or to some other medically significant cause.

Plaintiff,
By Her Attorney,
***McKiernan Thompson & Millea***

/s/DanielP McKiernan
Daniel P. McKiernan, Esq. (#4705)
243 North Main Street
Providence, Rhode Island 02903
Tel: (401) 223-1400
Fax: (401) 223-1401
dmckiernan@mtmlaw.us

## PROOF OF SERVICE

I hereby certify that an exact copy of the within document was electronically submitted to the Electronic Case Filing system of the United States District Court for its distribution to all counsel of record this11th day of October, 2006.

Raymond Alan LaFazia, Esquire
Gunning & Lafazia, Inc.
56 Pine Street
Providence, RI 02903-2819
rlafazia@gunninglafazia.com

Robin E. Feder, Esquire
Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
robin.feder@usdoj.gov

/s/ DanielP.McKiernan
Daniel P. McKiernan, Esq. (#4705)
243 North Main Street
Providence, Rhode Island 02903
Tel: (401) 223-1400
Fax: (401) 223-1401
dmckiernan@mtmlaw.us