**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ELLEN M. CUOMO, | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | C.A. No. 06-102ML |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| Defendant. | : | |

**DEFENDANT'S MOTIONTO COMPEL PLAINTIFF'S RESPONSES TO INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS**

______Defendant, United States, by and through its undersigned attorneys, hereby requests the Court to enter an order directing plaintiff to provide responsive answers to its First Set of Interrogatories and First Request for Production of Documents which were served upon plaintiff on July 21, 2006. Responses were due on August 21, 2006. Requests were made for the responses by telephone call (August 24, 2006, September 15, 2006, September 25, 2006, and October 11, 2006) and by mail (September 5, 2006 and September 14, 2006).

WHEREFORE, defendant United States requests the Court to enter an order directing plaintiff to provide responsive answers to its First Set of Interrogatories and First Request for Production of Documents on or before October 31, 2006.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/Robin E. Feder
ROBIN E. FEDER, #3415
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
*Email: robin.feder@usdoj.gov*

**CERTIFICATION OF SERVICE**

I hereby certify that on this 12th day of October, 2006, I caused to be electronically filed the within Defendant's Motion to Compel Plaintiff's Responses to Interrogatories and Request for Production of Documents, with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF system. The following participant(s), as identified on the Notice of Electronic Filing, have received notice electronically:

Daniel P. McKiernan, Esq.
McKIERNAN, THOMPSON, MILLEA
243 North Main Street
Providence, RI 02903
dmckiernan@mtmlaw.us

Raymond Alan LaFazia, Esq.
Gunning & LaFazia, Inc.
56 Pine Street
Providence, RI 02903-2819
rlafazia@gunninglafazia.com

/s/ Robin E. Feder
ROBIN E. FEDER, #3415
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
*Email:* *robin.feder@usdoj.gov*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ELLEN M. CUOMO,<br>Plaintiff, | :<br>:<br>: | |
| vs. | : | C.A. No. 06-102ML |
| UNITED STATES OF AMERICA,<br>Defendant. | :<br>:<br>: | |

**DEFENDANT'S MOTION TO COMPEL PLAINTIFF'S RESPONSES**

**TO INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS**

Defendant, United States, by and through its undersigned attorneys, hereby requests the Court to enter an order directing plaintiff to provide responsive answers to its First Set of Interrogatories and First Request for Production of Documents which were served upon plaintiff on July 21, 2006. Responses were due on August 21, 2006. Requests were made for the responses by telephone call (August 24, 2006, September 15, 2006, September 25, 2006, and October 11, 2006) and by mail (September 5, 2006 and September 14, 2006).

WHEREFORE, defendant United States requests the Court to enter an order directing plaintiff to provide responsive answers to its First Set of Interrogatories and First Request for Production of Documents on or before October 31, 2006.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Robin E. Feder
ROBIN E. FEDER
Assistant U.S. Attorney
Fleet Center, 8th Floor
50 Kennedy Plaza
Providence, RI 02903
401-709-5000
401-709-5017 (fax)
Email: robin.feder@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of October, 2006, I caused to be electronically filed the within Defendant's Motion to Compel Plaintiff's Responses to Interrogatories and Request for Production of Documents, with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF system. The following participant(s), as identified on the Notice of Electronic Filing, have received notice electronically:

Daniel P. McKiernan, Esq.
McKIERNAN, THOMPSON, MILLEA
243 North Main Street
Providence, RI 02903

Raymond Alan LaFazia, Esq.
GUNNING & LAFAZIA, INC.
56 Pine Street
Providence, RI 02903

/s/ Robin E. Feder

ROBIN E. FEDER
Assistant U.S. Attorney
Fleet Center, 8th Floor
50 Kennedy Plaza
Providence, RI 02903
401-709-5000
401-709-5017 (fax)
Email: robin.feder@usdoj.gov