UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ELLEN CUOMO

CA 06-102ML

V.

USA FOR THE US POST OFFICE, et al

ORDER

All counsel having agreed to refer the above entitled action to ADR, it is hereby ordered that **Berry Mitchell** is appointed as neutral and a mediation shall be held in December, 2006 and a report shall be filed within (2) weeks from the date of that mediation.

SO ORDERED:

Mary M. Lisi
U.S. District Court Judge
October 19, 2006

Entered as an Order of this Court on October 19, 2006.

Barbara Barletta
Deputy Clerk