IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ELLEN M. CUOMO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. NO. 06-102ML |
| | ) | |
| UNITED STATES OF AMERICA and POST OFFICE ASSOCIATES, LLC | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF ENTRY OF APPEARANCE**

I hereby enter my appearance as substitute counsel for Defendant, United States of America, in the above matter. Assistant United States Attorney Robin E. Feder, who was previously assigned this matter, has left our office.

ROBERT CLARK CORRENTE
United States Attorney

/s/ Adi Goldstein

ADI GOLDSTEIN, #6701
Assistant U.S. Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: adi.goldstein@usdoj.gov

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 29th day of November, 2006, I electronically filed the within Notice of Entry of Appearance with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participants have received notice electronically:

Daniel P. McKiernan, Esq.
McKIERNAN, THOMPSON, MILLEA
243 North Main Street
Providence, RI 02903
dmckiernan@mtmlaw.us

Raymond Alan LaFazia, Esq.
Gunning & LaFazia, Inc.
56 Pine Street
Providence, RI 02903-2819
rlafazia@gunninglafazia.com

/s/ Adi Goldstein
ADI GOLDSTEIN, #6701
Assistant U.S. Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: adi.goldstein@usdoj.gov