IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ELLEN M. CUOMO,<br>Plaintiff, | ) ) ) | |
| v. | ) | C. A. NO. 06-102ML |
| UNITED STATES OF AMERICA,<br>Defendant. | ) ) ) | |

**MOTION TO CONTINUE**

Now comes the defendant, United States of America, by and through its attorneys, and submits this Motion to Continue this matter for sixty days, and to extend the time by which a mediation is to be held until January 30, 2007. The reason for this request is that this matter, along with several other cases, was recently reassigned to me following the departure of Assistant U.S. Attorney Robin Feder. Accordingly, I require additional time to become familiar with the facts and travel of the case.

I have communicated with plaintiff's counsel, Daniel McKiernan, and with co-defendant's counsel, Raymond LaFazia, and they have indicated that they have no objection to defendant's request

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys

ROBERT CLARK CORRENTE
United States Attorney

/s/ Adi Goldstein
ADI GOLDSTEIN, #6701
Assistant U.S. Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: adi.goldstein@usdoj.gov

**CERTIFICATION OF SERVICE**

I hereby certify that on this 13th day of December, 2006, I caused to be electronically filed the within Motion to Continue, with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF system. The following participant(s), as identified on the Notice of Electronic Filing, have received notice electronically:

Daniel P. McKiernan, Esq.
McKIERNAN, THOMPSON, MILLEA
243 North Main Street
Providence, RI 02903

Raymond A. LaFazia, Esq.
Gunning & LaFazia, Inc.
56 Pine Street
Providence, RI 02903

/s/Adi Goldstein
ADI GOLDSTEIN, Bar # 6701
Assistant United States Attorney
Assistant U.S. Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: adi.goldstein@usdoj.gov