UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ELLEN M. CUOMO<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>POST OFFICE ASSOCIATES, LLC<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. NO.: 06-102ML |

**STIPULATION OF DISMISSAL**

Now comes plaintiff ELLEN M. CUOMO, and Defendants United States of America, and Post Office Associates, LLC, by and through their undersigned counsel, and hereby stipulate and agree that, plaintiff's claims against the United States of America and Post Office Associates, LLC, are voluntarily dismissed by plaintiff with prejudice, each party to bear its own fees, costs, and expenses.

/s/ Adi Goldstein
ADI GOLDSTEIN, ESQ.
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, R.I. 02903
Attorney for Defendant,
United States of America

/s/ Daniel P. McKiernan
DANIEL P. McKIERNAN, ESQ.
McKiernan, Thompson & Millea
243 North Main Street
Providence, R.I. 02903
Attorney for Plaintiff,
Ellen M. Cuomo

/s/ Raymond Alan LaFazia
RAYMOND ALAN LaFAZIA, ESQ.
Gunning & LaFazia, Inc.
56 Pine Street
Providence, R.I. 02903
Attorney for Defendant,
Post Office Associates, LLC